## VERIFICATION

**STATE OF TEXAS** §
§
**COUNTY OF HARRIS** §

BEFORE ME, the undersigned authority, on this day personally appeared _MIKIE SOPCZAK_, who being duly sworn, deposed, stated as follows:

1. I am employed as the _DIRECTOR OF EHS & S_ for Oil Mop LLC d/b/a OMI Environmental Solutions. .

2. I am over the age of 21.

3. I have read for foregoing Complaint and Petition for Exoneration from or Limitation of Liability and know the contents thereof.

4. The same is true to the best of my knowledge except as to matters therein stated to be alleged upon information and belief, as to those matters, I believe them to be true. The sources of my information and grounds for my belief, as to the matters therein to be stated alleged upon information and belief, are records and documents of Petitioner in my possession as one of their attorneys. The reason that this verification is not made by the Petitioner, is that it is a Limited Partnership.

_/s/ Mikie Sopczak_

GIVEN UNDER MY HAND AND ~~SEAL OF OFFICE~~ this _19th_ day of November 2020.

SHERRI TRIPLETT
My Notary ID # 11381319
Expires January 17, 2022

Notary Public in and for
The State of Texas
My Commission expires: _01-17-2022_