United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| Oil Mop LLC | § § | |
| v. | § § § | Civil Action 4:20−cv−03939 |

Notice of Referral

The following motion is referred to Magistrate Judge Andrew Edison:

Motion for Miscellaneous Relief – #3

Date: November 24, 2020.

David J. Bradley, Clerk

By: G. Clair, Deputy Clerk