United States Courts
Southern District of Texas
FILED
November 24, 2020
David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF OIL MOP LLC D/B/A OMI ENVIRONMENTAL SOLUTIONS, OWNER OF MOTOBOAT, HULL ID. NO. HK044186J808 PETITION FOR EXONERATION FROM LIMITATION OF LIABILITY | CIVIL ACTION NO. 4:20-CV-03939 |

## **MONITION**

Notice is given that Petitioner Oil Mop LLC d/b/a OMI Environmental Solutions ("Oil Mop") filed a Verified Complaint and Petition for Exoneration from or Limitation of Liability ("Complaint"), pursuant to pursuant to 46 U.S.C. § 30501 *et seq.* and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, for exoneration from or limitation of liability for all claims for any damages or injuries, arising out of or occurring as a result of a battery explosion in the battery hatch of the Motorboat (the "Vessel"), bearing hull Identification No. HK044186J808, at or near Saint Simon Sound, Georgia on or about October 15, 2019, as more fully described in the Complaint.

All persons having such claims must file their respective claims, as provided in Supplemental Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of this Court and must serve a copy thereof on Petitioner's attorney of record, Jad J. Stepp, 5300 Memorial Drive, Suite 620, Houston, Texas 77007, on or before January 25, 2021.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he shall file and serve on the attorneys for Petitioner an answer to the

Complaint on or before the aforesaid date unless his claim has included an answer, so designated.

SIGNED this 24th day of November 2020.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE